# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-po-0104-DMC |
| Plaintiff, | |
| v. | ORDER |
| ELLIOT P. SEIGLER, | |
| Defendant. | |

Defendant has been charged with two counts: (1) possession of a controlled substance in violation of 21 U.S.C. § 844(a), citation no. F5239293; and (2) possession of a loaded firearm in violation of 36 C.F.R. § 261.8(b), citation no. F5239292.  On the government's request and for good cause shown, count 1, citation no. F5239293, is dismissed.

IT IS SO ORDERED.

Dated:  February 6, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1